### HODGES v ETTINGER et

Ohio Appeals, 1st Dist, Hamilton Co

Decided May 29, 1933

Alvin H. Hodges, Cincinnati, for plaintiff in error.

Siegfried Geismar, Cincinnati, for defendants in error.

For full opinion see 39 OLR 402; 188 NE 664; 46 Oh Ap 307.